PETER COLELLA, Appellant, *v.* SMITH-FREDENBURG CORPORATION, Respondent.

(Submitted February 27, 1935; decided March 19, 1935.)

*Henry R. Dutcher, Albert J. Rubin* and *Arthur E. Rosenberg* for appellant.

*Luel F. Johnson* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.